```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


TINA CARLUCCI,                    :
        Plaintiff
                                  :

        vs.                       :   CIVIL NO. 1:CV-07-0141

                                  :       (Judge Caldwell)
SOCIAL SECURITY ADMINISTRATION,
        Defendant                 :   (Magistrate Judge Smyser)
```

*O R D E R*

AND NOW, this 9th day of October, 2007, upon consideration of the report (doc. 10) of the magistrate judge, filed September 7, 2007, to which no objections were filed, and upon independent review of the record, it is ordered that:

>   1.  The magistrate judge's report is adopted.
>
>   2.  Plaintiff's appeal of the decision of the defendant, Commissioner of Social Security, is dismissed pursuant to Fed. R. Civ. P. 41(b).
>
>   3.  The Clerk of Court shall close this file.

                                /s/William W. Caldwell
                                William W. Caldwell
                                United States District Judge